## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

FREDDIE WEBB, JR., et al.,   :

    Plaintiffs,   :

vs.   :   CA 06-0726-C

ENCOMPASS INSURANCE   :
CO., INC., et al.,
       :

    Defendants.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiffs' motion to remand (Doc. 4) be and the same hereby is **GRANTED** and that this cause be **REMANDED** to the Circuit Court of Marengo County, Alabama from whence it came.

**DONE** this the 12th day of January, 2007.

                    s/WILLIAM E. CASSADY
                    **UNITED STATES MAGISTRATE JUDGE**